980 F.2d 1238w
 John Raymond STECKSTOR, a minor born December 12, 1986, by
his next friend, Lorraine C. SANTA CRUZ, Plaintiff-Appellant,
John Raymond Steckstor; Mary Ruth Steckstor; Eric John
Steckstor, a minor, by his next friend, Hope
Hernandez, Intervenors-Appellants,
v.
Michael Wayne HANCOCK; Larry Dodd; Vernon L. Robinson;
Lee Janes, doing business as Lee's Automotive,
Defendants-Appellees.
 No. 92-1408.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Sept. 14, 1992.
Decided Dec. 8, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 984 F2D 274.